PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| SONIA ROSITA SANDOVAL,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:23-cv-01635-JDP<br><br><br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 35 days, from November 27, 2023 to January 1, 2024, for Defendant to file her Cross-Motion for Summary Judgment. All other dates in this Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Plaintiff's counsel does not oppose the requested extension.

1

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension.  Due to ongoing staffing fluctuations and organizational changes, the undersigned counsel for the Commissioner has been tasked with additional duties including serving as a jurisdictional coordinator, reviewing other attorneys' work, training and mentoring new attorneys, and handling more cases.  The above-captioned case was recently reassigned to the undersigned counsel for the Commissioner, who is currently responsible for over 40 cases, including cases with briefs due imminently.  The undersigned will also be out of the office for approximately two weeks in November on pre-approved leave.  As a result, and despite diligent efforts to comply with this Court's Scheduling Order, counsel for the Commissioner needs an extension in the instant case to review the substantial administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

                                              Respectfully submitted,

Dated: November 6, 2023                LAW OFFICES OF LAWRENCE D. ROHLFING

                                  By:    */s/ Brian C. Shapiro\**
                                                BRIAN C. SHAPIRO
                                                Attorney for Plaintiff
                                                [\*as authorized by email on Nov. 6, 2023]

Dated: November 7, 2023                PHILLIP A. TALBERT
                                            United States Attorney
                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Office of Program Litigation, Office 7

                                  By:    */s/ Margaret Branick-Abilla*
                                                MARGARET BRANICK-ABILLA
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that Defendant shall have an extension to January 1, 2024 to submit her Cross-Motion for Summary Judgment. Plaintiff's Reply, if any, shall be due within 14 days after filing of the Commissioner's Cross-Motion.

IT IS SO ORDERED.

Dated:  November 7, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE