PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SONIA ROSITA SANDOVAL,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:23-cv-01635-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [PROPOSED] ORDER** |

1  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing, further develop the record as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: January 3, 2024						LAW OFFICES OF LAWRENCE D. ROHLFING

						By:	*/s/ Brian C. Shapiro*\*
							BRIAN C. SHAPIRO
							Attorney for Plaintiff
							[\*as authorized by email on Jan. 3, 2024]

Dated: January 4, 2024						PHILLIP A. TALBERT
							United States Attorney
							MATHEW W. PILE
							Associate General Counsel
							Office of Program Litigation, Office 7

						By:	*/s/ Margaret Branick-Abilla*
							MARGARET BRANICK-ABILLA
							Special Assistant United States Attorney
							Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   January 4, 2024              _____
                                      JEREMY D. PETERSON
                                      UNITED STATES MAGISTRATE JUDGE

3